Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
FAFCO, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAFCO, Inc., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ENERGY LABORATORIES, INC. (a/k/a ENERGY LABS, INC.), a Florida Corporation; SCOTT CZEWSKI, an Individual; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants, | Case No. C-09-04861 JW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF FAFCO, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTION OF DECLARATION OF ROBERT LECKINGER<br><br>[Local Rules 79-5, 7-11]<br><br>Date:　　　　February 1, 2010<br>Time:　　　　9:00 a.m.<br>Courtroom:　8, 4th Floor<br><br>Complaint Filed:  October 13, 2009 |

　　　　　Plaintiff FAFCO, Inc.'s ("FAFCO") Administrative Motion to File Under Seal Excerpts of the Declaration of Robert Leckinger (specifically paragraph 7)

IT IS HEREBY ORDERED that FAFCO's administrative motion to file under seal is hereby granted.

IT IS FURTHER ORDERED that only the Court, its staff, and the defendants' outside counsel shall have access to, and be permitted to review, the sealed documents.

IT IS SO ORDERED.  The Court previously granted in part the motion to seal the Declaration and Exhibits of Charles Post (Docket Item No. 65). The Plaintiff has submitted the missing declaration and the Court further grants the Motion to Seal Exhibit C to the Compendium as to the Declaration of Robert Leckinger.

Dated: January 25, 2010

*/s/ James Ware*
United States District Judge

weintraub genshlea chediak
LAW CORPORATION