IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fafco, Inc., | NO. C 09-04861 JW |
|       Plaintiff,<br>  v. | **ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |
| Energy Laboratories, Inc., et al., | |
|       Defendants. | |

On August 4, 2010, the parties informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 82.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **September 17, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **September 27, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **September 17, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: August 9, 2010

<u>                                        </u>
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alex James Kachmar jkachmar@weintraub.com
Charles L. Post cpost@weintraub.com
Douglas Woodruff Colt dcolt@coltwallerstein.com
Martin L. Fineman martinfineman@dwt.com
Patricia Jeanne Hill pjhill@sgrlaw.com
Thomas Edward Wallerstein twallerstein@coltwallerstein.com
Yash B. Dave ydave@sgrlaw.com

**Dated: August 9, 2010**                              **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California