Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
FAFCO, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAFCO, Inc., a California corporation, | Case No. C-09-04861 JW |
| Plaintiff, | **ORDER CONTINUING ORDER TO SHOW CAUSE RE SETTLEMENT** |
| vs. | Date:         September 27, 2010<br>Time:         9:00 a.m.<br>Courtroom:   8 |
| ENERGY LABORATORIES, INC. (a/k/a ENERGY LABS, INC.), a Florida Corporation; SCOTT CZEWSKI, an Individual; and DOES 1 through 20, inclusive, | |
| Defendants, | Complaint Filed:  October 13, 2009 |

Plaintiff FAFCO, Inc. ("FAFCO") and Defendants Energy Laboratories, Inc. ("Energy Labs") and Scott Czewski ("Czewski"), through their respective counsels of record, hereby submit the following joint statement in response to the Court's Order to Show Cause re: Settlement (Dckt. #83) filed August 9, 2010, as follows:

The parties mediated this matter before James Gilliland, Esq. on July 26, 2010 and reached an agreement to settle this matter.  As agreed to at the mediation, the parties are working to finalize the settlement with a formal written agreement.  The parties have exchanged

several revised drafts of the agreement, but given the complex structure of the settlement have been unable to agree to a final formal settlement agreement at this time.  The parties anticipate that a formal written agreement will be agreed to and signed within the next two weeks.  The parties anticipate having a stipulation for dismissal of this action on file with the Court no later than October 8, 2010.

Based on the foregoing, the parties respectfully request the Court to continue the hearing on the Order to Show Cause re: Settlement for an additional 30 days to and including October 27, 2010.

Respectfully submitted,

Dated: September 15, 2010        WEINTRAUB GENSHLEA CHEDIAK

By: ___/s/ - Charles L. Post_____
        Charles L. Post

Attorneys for Plaintiff, FAFCO, Inc.

Dated: September 15, 2010        SMITH, GAMBRELL & RUSSELL, LLP

By: ___/s/ - Patricia J. Hill_____
        Patricia J. Hill

Attorneys for Defendant ENERGY LABS, INC.

Dated: September 15, 2010        COLT / WALLERSTEIN LLP

By: ___/s/ - Doug Colt_____
        Doug Colt

Attorneys for Defendant SCOTT CZEWSKI

**IT IS SO ORDERED AS MODIFIED.**

The Order to Show Cause re Settlement is continued to **November 1, 2010 at 9:00 AM.**  On or before **October 27, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

Dated: September 16, 2010

_James Ware_____
United States District Judge

{1237528.DOC;}                    2                   Joint Statement Re: OSC Re: Settlement