

10/27/2010

1  Charles L. Post, State Bar No. 160443
   James Kachmar, State Bar No. 216781
2  **weintraub** genshlea chediak
   a law corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, California   95814
4  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile
5
   Attorneys for Plaintiff
6  FAFCO, Inc.

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  FAFCO, Inc., a California corporation,          )   Case No. C-09-04861 JW
                                                    )
13                 Plaintiff,                       )   **STIPULATION FOR DISMISSAL WITH**
                                                    )   **PREJUDICE**
14            vs.                                   )
                                                    )   **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**
15  ENERGY LABORATORIES, INC. (a/k/a                )
    ENERGY LABS, INC.), a Florida Corporation;      )   Complaint Filed:  October 13, 2009
16  SCOTT CZEWSKI, an Individual; and DOES          )
    1 through 20, inclusive,                        )
17                                                  )
                                                    )
18                 Defendants,                      )
                                                    )
19                                                  )
                                                    )
20  _____         )

21

22        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff FAFCO,

23  Inc., Defendants Energy Laboratories, Inc. (a/k/a Energy Labs, Inc.) and Scott Czewski, through

24  the signatures of their respective counsel, stipulate herein to the dismissal of plaintiff's

25  Complaint with prejudice, in its entirety, pursuant to a private Settlement Agreement.

26  ///

27  ///

28  ///

**weintraub** genshlea chediak
LAW CORPORATION

1    IT IS SO STIPULATED.    The Clerk shall close this file.

2    Dated: October 27, 2010                    WEINTRAUB GENSHLEA CHEDIAK

3

4                                               By:____/s/ - Charles L. Post_____
                                                       Charles L. Post

5                                               Attorneys for Plaintiff, FAFCO, Inc.

6

7    Dated: October 27, 2010                    SMITH, GAMBRELL & RUSSELL, LLP

8

9                                               By:____/s/ - Yash B. Dave_____
                                                       Patricia J. Hill

10                                                     Yash B. Dave

11                                              Attorneys for Defendant ENERGY LABS, INC.

12

13   Dated: October 27, 2010                    COLT / WALLERSTEIN LLP

14

15                                              By:____/s/ - Doug Colt_____
                                                       Doug Colt

16                                              Attorneys for Defendant SCOTT CZEWSKI

17

18

19

20

21

22

23

24

25

26

27

28